**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: April 13, 2010**

_____

```
              UNITED STATES BANKRUPTCY COURT
                 SOUTHERN DISTRICT OF OHIO
                     EASTERN DIVISION

In Re:    ALICIA A DURROH        :      Chapter 13

                                 :      Case No. 08-54172

DEBTOR(S)                        :      JUDGE CALDWELL


                    ORDER OF DISMISSAL

     Pursuant to the motion of the Chapter 13 Trustee and for
good cause shown, the Court hereby dismisses this proceeding for
failure of the debtor(s) to comply with the terms of the Chapter
13 Plan previously confirmed herein. See 11 U.S.C. 1307 (c) (6).

     The Trustee is hereby given leave to file his Final Report
herein and be discharged from his trust.
```

**IT IS SO ORDERED.**

**Copies to: All Creditors and Parties in Interest**

###